JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. CARTER,<br><br>    Petitioner,<br><br>   v.<br><br>J. SOTO,<br><br>    Respondent. | Case No. CV 15-2006-CAS (KK)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 8, 2015

*Christina A. Snyder*
_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE